JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LOZANO, et al., | Case No.  CV 23-4394-GW-SKx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| PRUVIT VENTURES, INC., | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal of Claims [47] filed on February 21, 2024, it is hereby ORDERED that this action is dismissed WITH PREJUDICE as to their individual claims and WITHOUT PREJUDICE as to the class claims.

IT IS SO ORDERED.

Dated: February 22, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE